AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Salih (Cecil Hall)
    Plaintiff,
        v.

Warden Perry Phelps
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-027

I, Salih (Cecil Hall) declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JAN 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.     Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration Delaware Correctional Center

    **Inmate Identification Number (Required):** 00104141

    Are you employed at the institution? Yes  Do you receive any payment from the institution? Yes

    *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.     Are you currently employed?  ☒ Yes    ☐ No

    a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 75.00 PER MONTH

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3.     In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☐ | ☒ |
| f. | Any other sources | ☒ | ☐ |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. I RECEIVE OCCASIONAL MONEY

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount $ N/A

5. or other  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.
N/A.

6. and  List the persons who are dependent on you for support, state your relationship to each person

indicate how much you contribute to their support, OR state *NONE* if applicable.
N/A.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date Printed: 1/9/2008

## Individual Statement
### From June 2007 to January 2008

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 | |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $46.64 | |

Page 1 of 8

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 6/1/2007 | $38.00 | $0.00 | $0.00 | $68.88 | 435691 | | PI 4/24-5/23/07 | |
| Pay-To | 6/1/2007 | ($4.00) | $0.00 | $0.00 | $64.88 | 436216 | | MASJID MUHAMMAD | |
| Supplies-MailPosta | 6/1/2007 | $0.00 | $0.00 | ($0.75) | $64.88 | 436431 | | 5/15/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $64.01 | 436938 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $63.14 | 436939 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $62.27 | 436940 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $61.40 | 436941 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $60.53 | 436942 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $59.66 | 436943 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $58.79 | 436944 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $57.92 | 436945 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.87) | $0.00 | $0.00 | $57.05 | 436946 | | 4/5/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $56.42 | 437376 | | 4/18/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $55.79 | 437377 | | 4/18/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $55.40 | 437378 | | 4/18/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.20) | $0.00 | $0.00 | $51.20 | 437381 | | 4/18/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $49.37 | 437382 | | 4/18/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $48.26 | 437577 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $47.15 | 437578 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $46.04 | 437582 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $44.21 | 437588 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.20) | $0.00 | $0.00 | $40.01 | 437621 | | 4/27/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.20) | $0.00 | $0.00 | $35.81 | 437693 | | 5/9/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $34.46 | 437711 | | 4/24/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $33.11 | 437712 | | 4/24/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $31.76 | 437713 | | 4/24/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $30.41 | 437714 | | 4/24/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $29.78 | 437789 | | 5/2/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $29.15 | 437791 | | 5/2/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $28.76 | 437792 | | 5/2/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $28.37 | 437793 | | 5/2/07 | |

Date Printed: 1/9/2008

**Individual Statement**
**From June 2007 to January 2008**

Page 2 of 8

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | | | | Ending Month Balance: | $46.64 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $27.98 | 437800 | | 5/22/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.75) | $0.00 | $0.00 | $27.23 | 438041 | | 5/15/07 | |
| Canteen | 6/5/2007 | ($26.80) | $0.00 | $0.00 | $0.43 | 439127 | | | |
| Mail | 6/14/2007 | $15.00 | $0.00 | $0.00 | $15.43 | 443445 | 56469804237 | | J GREEN |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($4.60) | $15.43 | 443952 | | 5/30/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($12.00) | $15.43 | 443956 | | 5/30/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($4.60) | $15.43 | 443999 | | 5/31/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($1.82) | $15.43 | 444005 | | 5/31/07 | |
| Supplies-MailPosta | 6/21/2007 | ($4.60) | $0.00 | $0.00 | $10.83 | 446788 | | 5/30/07 | |
| Supplies-MailPosta | 6/21/2007 | ($10.83) | $0.00 | ($1.17) | $0.00 | 446789 | | 5/30/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($10.20) | $0.00 | 447478 | | 6/16/07 | |
| Misc Wage | 7/2/2007 | $91.20 | $0.00 | $0.00 | $91.20 | 450252 | | PI 5/24-6/23/07 | |
| Canteen | 7/3/2007 | ($58.29) | $0.00 | $0.00 | $32.91 | 451233 | | | |
| Pay-To | 7/5/2007 | $0.00 | $0.00 | $0.00 | $32.91 | 452763 | | | |
| Canteen | 7/10/2007 | ($14.28) | $0.00 | $0.00 | $18.63 | 454392 | | | |
| Medical | 7/13/2007 | $0.00 | ($4.00) | $0.00 | $18.63 | 456032 | | 7/6/07 | |
| Medical | 7/13/2007 | ($4.00) | $0.00 | $0.00 | $14.63 | 456310 | | 7/6/07 | |
| Visit | 7/16/2007 | $30.00 | $0.00 | $0.00 | $44.63 | 456515 | 10054779299-01992 | | P REDD |
| Canteen | 7/17/2007 | ($26.39) | $0.00 | $0.00 | $18.24 | 457465 | | | |
| Supplies-MailPosta | 7/19/2007 | ($10.20) | $0.00 | $0.00 | $8.04 | 459174 | | 6/16/07 | |
| Supplies-MailPosta | 7/19/2007 | ($1.17) | $0.00 | $0.00 | $6.87 | 459283 | | 5/30/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $2.27 | 459313 | | 5/31/07 | |
| Supplies-MailPosta | 7/19/2007 | ($1.82) | $0.00 | $0.00 | $0.45 | 459321 | | 5/31/07 | |
| Supplies-MailPosta | 7/24/2007 | $0.00 | $0.00 | ($1.48) | $0.45 | 461299 | | 7/19/07 | |
| Misc Wage | 8/1/2007 | $33.25 | $0.00 | $0.00 | $33.70 | 463442 | | PI 6/24-7/23/07 | |
| Pay-To | 8/1/2007 | ($9.65) | $0.00 | $0.00 | $24.05 | 463762 | | MASJID MUHAMMAD | |
| Misc Wage | 8/1/2007 | $46.55 | $0.00 | $0.00 | $70.60 | 464058 | | ADJ PI 6/24-7/23/07 | |
| Canteen | 8/1/2007 | ($21.88) | $0.00 | $0.00 | $48.72 | 464762 | | | |
| Legal | 8/3/2007 | $0.00 | $0.00 | ($24.29) | $48.72 | 466773 | | USD COURT INITIAL | |
| Legal | 8/6/2007 | ($24.29) | $0.00 | $0.00 | $24.43 | 467201 | | USD COURT INITIAL | |
| Canteen | 8/7/2007 | ($22.92) | $0.00 | $0.00 | $1.51 | 467689 | | | |

Date Printed: 1/9/2008

**Individual Statement**
**From June 2007 to January 2008**

Page 3 of 8

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | Comments: | | | Ending Month Balance: | $46.64 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($0.58) | $1.51 | 470045 | | 7/13/07 | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($0.58) | $1.51 | 470046 | | 7/13/07 | |
| Supplies-MailPosta | 8/10/2007 | ($1.48) | $0.00 | $0.00 | $0.03 | 470113 | | 7/19/07 | |
| Supplies-MailPosta | 8/10/2007 | ($0.03) | $0.00 | ($0.55) | $0.00 | 470478 | | 7/13/07 | |
| Supplies-MailPosta | 8/14/2007 | $0.00 | $0.00 | ($0.92) | $0.00 | 471780 | | 7/13/07 | |
| Mail | 8/16/2007 | $50.00 | $0.00 | $0.00 | $50.00 | 472741 | 2065812 | 7/13/07 | P REDD |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($0.41) | $50.00 | 473140 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($0.92) | $0.00 | $0.00 | $49.08 | 473589 | | 7/13/07 | |
| Supplies-MailPosta | 8/17/2007 | ($0.41) | $0.00 | $0.00 | $48.67 | 473630 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($0.55) | $0.00 | $0.00 | $48.12 | 473864 | | 7/13/07 | |
| Supplies-MailPosta | 8/17/2007 | ($0.58) | $0.00 | $0.00 | $47.54 | 473865 | | 7/13/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($0.58) | $47.54 | 474157 | | 7/20/07 | |
| Canteen | 8/21/2007 | ($44.18) | $0.00 | $0.00 | $3.36 | 474716 | | | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($0.58) | $3.36 | 475033 | | 8/9/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($0.58) | $3.36 | 475034 | | 8/9/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 475041 | | 8/9/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($4.60) | $3.36 | 475074 | | 8/1/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($2.33) | $3.36 | 476542 | | 7/27/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.75) | $3.36 | 476725 | | 7/27/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476799 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476800 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476801 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476802 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476803 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $3.36 | 476809 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476928 | | 8/14/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.58) | $3.36 | 476979 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476980 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476981 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.41) | $3.36 | 476982 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $2.78 | 477143 | | 7/20/07 | |

**Individual Statement**
**From June 2007 to January 2008**

Date Printed: 1/9/2008                                                                 Page 4 of 8

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | | | Comments: | | Ending Month Balance: | $46.64 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $2.20 | 477228 | | 8/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.58) | $0.00 | $0.00 | $1.62 | 477229 | | 8/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.41) | $0.00 | $0.00 | $1.21 | 477236 | | 8/9/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.21) | $0.00 | ($3.39) | $0.00 | 477267 | | 8/1/07 | |
| Misc | 8/29/2007 | $260.00 | $0.00 | $0.00 | $260.00 | 479345 | 5598835 | CASE# J0705004709 | |
| Misc Wage | 9/4/2007 | $85.50 | $0.00 | $0.00 | $345.50 | 479859 | | PI 7/24-8/23/07 | |
| Pay-To | 9/4/2007 | ($4.00) | $0.00 | $0.00 | $341.50 | 480830 | | MASJID MUHAMMAD | |
| Canteen | 9/4/2007 | ($74.28) | $0.00 | $0.00 | $267.22 | 481655 | | | |
| Legal | 9/6/2007 | $0.00 | $0.00 | ($75.96) | $267.22 | 482616 | | AUG 07 | |
| Legal | 9/6/2007 | ($75.96) | $0.00 | $0.00 | $191.26 | 483145 | | AUG 07 | |
| Pay-To | 9/7/2007 | ($44.55) | $0.00 | $0.00 | $146.71 | 483315 | | SECRETARIUS MEM | |
| Pay-To | 9/10/2007 | ($60.00) | $0.00 | $0.00 | $86.71 | 483791 | | PRISON INDUSTRIES | |
| Canteen | 9/11/2007 | ($58.03) | $0.00 | $0.00 | $28.68 | 485024 | | | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($1.99) | $28.68 | 486414 | | 9/5/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($1.48) | $28.68 | 486465 | | 8/21/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($0.75) | $28.68 | 486496 | | 9/6/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($0.58) | $28.68 | 486497 | | 9/6/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($0.58) | $28.68 | 486498 | | 9/6/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($0.41) | $28.68 | 486522 | | 9/10/07 | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($0.41) | $28.68 | 486523 | | 9/10/07 | |
| Canteen | 9/18/2007 | ($11.00) | $0.00 | $0.00 | $17.68 | 487329 | | | |
| Mail | 9/21/2007 | $75.00 | $0.00 | $0.00 | $92.68 | 489492 | 11136405047 | | O HALL |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($2.33) | $92.68 | 491576 | | 9/24/07 | |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($1.65) | $92.68 | 491595 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($1.65) | $92.68 | 491596 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($2.84) | $92.68 | 491597 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | ($3.39) | $0.00 | $0.00 | $89.29 | 491961 | | 8/1/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $88.88 | 491974 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $88.47 | 491975 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $87.89 | 491973 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $87.48 | 491976 | | 8/21/07 | |

Date Printed: 1/9/2008

**Individual Statement**
**From June 2007 to January 2008**

Page 5 of 8

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | | | | Ending Month Balance: | $46.64 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 9/27/2007 | ($2.33) | $0.00 | $0.00 | $85.15 | 491998 | | 7/27/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.75) | $0.00 | $0.00 | $84.40 | 492000 | | 7/27/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $83.99 | 492010 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $83.58 | 492014 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $83.17 | 492015 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $82.76 | 492016 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $82.35 | 492017 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $81.77 | 492021 | | 8/16/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $81.36 | 492033 | | 8/14/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.48) | $0.00 | $0.00 | $79.88 | 492144 | | 8/21/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.75) | $0.00 | $0.00 | $79.13 | 492165 | | 9/6/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $78.55 | 492166 | | 9/6/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.58) | $0.00 | $0.00 | $77.97 | 492167 | | 9/6/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $77.56 | 492393 | | 9/10/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.41) | $0.00 | $0.00 | $77.15 | 492394 | | 9/10/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.33) | $0.00 | $0.00 | $74.82 | 492452 | | 9/24/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.65) | $0.00 | $0.00 | $73.17 | 492461 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.65) | $0.00 | $0.00 | $71.52 | 492462 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | ($2.84) | $0.00 | $0.00 | $68.68 | 492463 | | 9/20/07 | |
| Supplies-MailPosta | 9/27/2007 | ($1.99) | $0.00 | $0.00 | $66.69 | 492499 | | 9/5/07 | |
| Misc Wage | 10/1/2007 | $96.00 | $0.00 | $0.00 | $162.69 | 493048 | | PI 8/24-9/23/07 | |
| Canteen | 10/2/2007 | ($74.20) | $0.00 | $0.00 | $88.49 | 494664 | | | |
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.41) | $88.49 | 496432 | | 9/18/07 | |
| Supplies-MailPosta | 10/5/2007 | $0.00 | $0.00 | ($0.41) | $88.49 | 496433 | | 9/18/07 | |
| Legal | 10/5/2007 | $0.00 | $0.00 | ($30.10) | $88.49 | 496637 | | SEPT. 07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.41) | $0.00 | $0.00 | $88.08 | 496775 | | 9/18/07 | |
| Supplies-MailPosta | 10/5/2007 | ($0.41) | $0.00 | $0.00 | $87.67 | 496776 | | 9/18/07 | |
| Legal | 10/5/2007 | ($30.10) | $0.00 | $0.00 | $57.57 | 496871 | | SEPT. 07 | |
| Canteen | 10/10/2007 | ($37.73) | $0.00 | $0.00 | $19.84 | 498234 | | | |
| Supplies-MailPosta | 10/12/2007 | $0.00 | $0.00 | ($1.31) | $19.84 | 499479 | | 10/3/07 | |
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($1.31) | $19.84 | 500419 | | 10/2/07 | |

**Individual Statement**
**From June 2007 to January 2008**

Date Printed: 1/9/2008                                                                                                    Page 6 of 8

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 | |
| Current Location: | W1 | | Comments: | | Ending Month Balance: | $46.64 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($1.82) | $19.84 | 500420 | | 10/2/07 | |
| Canteen | 10/16/2007 | ($15.74) | $0.00 | $0.00 | $4.10 | 500674 | | | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $4.10 | 502933 | | 10/12/07 | |
| Supplies-MailPosta | 10/19/2007 | ($1.31) | $0.00 | ($0.41) | $4.10 | 502965 | | 10/12/07 | |
| Supplies-MailPosta | 10/19/2007 | ($1.31) | $0.00 | $0.00 | $2.79 | 503155 | | 10/3/07 | |
| Supplies-MailPosta | 10/19/2007 | ($1.48) | $0.00 | ($0.34) | $1.48 | 503203 | | 10/2/07 | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 503204 | | 10/2/07 | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($0.58) | $0.00 | 503716 | | 10/16/07 | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | ($1.31) | $0.00 | 503717 | | 10/16/07 | |
| Supplies-MailPosta | 10/22/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 503720 | | 10/16/07 | |
| Misc Wage | 11/1/2007 | $108.30 | $0.00 | $0.00 | $108.30 | 508498 | | PI 9/24-10/23/07 | |
| Legal | 11/2/2007 | $0.00 | $0.00 | ($17.20) | $108.30 | 508953 | | USD CT OCT 07 | |
| Legal | 11/2/2007 | ($17.20) | $0.00 | $0.00 | $91.10 | 509288 | | USD CT OCT 07 | |
| Pay-To | 11/5/2007 | ($25.00) | $0.00 | $0.00 | $66.10 | 509427 | | PRISON INDUSTRIES | |
| Pay-To | 11/5/2007 | ($8.00) | $0.00 | $0.00 | $58.10 | 509467 | | MASJID MUHAMMAD | |
| Canteen | 11/6/2007 | ($49.36) | $0.00 | $0.00 | $8.74 | 510354 | | | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.75) | $8.74 | 511931 | | 10/18/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.58) | $8.74 | 511932 | | 10/18/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.58) | $8.74 | 511933 | | 10/18/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.14) | $8.74 | 511992 | | 10/19/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.97) | $8.74 | 511993 | | 10/19/07 | |
| Canteen | 11/20/2007 | ($0.84) | $0.00 | $0.00 | $7.90 | 516002 | | | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $7.90 | 517998 | | 11/2/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.58) | $7.90 | 517999 | | 11/2/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.41) | $7.90 | 518030 | | 11/7/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.58) | $7.90 | 518031 | | 11/7/07 | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($0.58) | $7.90 | 518032 | | 11/7/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.48) | $7.90 | 520056 | | 11/27/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.75) | $7.90 | 520058 | | 11/27/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.75) | $7.90 | 520059 | | 11/27/07 | |
| Pay-To | 11/29/2007 | ($2.00) | $0.00 | $0.00 | $5.90 | 520113 | | MASJID MUHAMMAD | |

## Individual Statement
## From June 2007 to January 2008

Date Printed: 1/9/2008 | | | | | | Page 7 of 8

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | | Comments: | | Ending Month Balance: | $46.64 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | $5.90 | 520350 | | 11/15/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.31) | $5.90 | 520351 | | 11/15/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.97) | $5.90 | 520352 | | 11/15/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($4.60) | $5.90 | 520378 | | 11/16/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $5.90 | 520379 | | 11/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.58) | $0.00 | $0.00 | $5.32 | 520645 | | 10/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.58) | $0.00 | $0.00 | $4.74 | 520646 | | 10/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($1.31) | $0.00 | $0.00 | $3.43 | 520647 | | 10/16/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.34) | $0.00 | $0.00 | $3.09 | 520680 | | 10/2/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $2.68 | 520683 | | 10/12/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $2.27 | 520686 | | 10/12/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.75) | $0.00 | $0.00 | $1.52 | 520756 | | 10/18/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.58) | $0.00 | $0.00 | $0.94 | 520757 | | 10/18/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.58) | $0.00 | $0.00 | $0.36 | 520758 | | 10/18/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.36) | $0.00 | $0.00 | $0.00 | 520893 | | 10/19/07 | |
| Misc Wage | 12/3/2007 | $74.10 | $0.00 | ($0.78) | $74.10 | 522110 | | PI 10/24-11/23/07 | |
| Canteen | 12/4/2007 | ($58.74) | $0.00 | $0.00 | $15.36 | 523186 | | | |
| Legal | 12/11/2007 | $0.00 | $0.00 | ($19.66) | $15.36 | 526509 | | NOV/07 | |
| Legal | 12/13/2007 | ($15.36) | $0.00 | ($4.30) | $0.00 | 527857 | | NOV/07 | |
| Mail | 12/19/2007 | $50.00 | $0.00 | $0.00 | $50.00 | 529982 | 252413173 | | P REDD |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($1.31) | $50.00 | 530775 | | 11/29/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.58) | $50.00 | 530801 | | 11/29/07 | |
| Canteen | 12/26/2007 | ($28.57) | $0.00 | $0.00 | $21.43 | 532409 | | | |
| Mail | 12/26/2007 | $50.00 | $0.00 | $0.00 | $71.43 | 533242 | 11793607143 | | O HALL |
| Misc Wage | 1/2/2008 | $91.20 | $0.00 | $0.00 | $162.63 | 534332 | | CDS 11/24-12/23 | |
| Canteen | 1/2/2008 | ($72.62) | $0.00 | $0.00 | $90.01 | 535768 | | | |
| Pay-To | 1/3/2008 | ($10.00) | $0.00 | $0.00 | $80.01 | 537095 | | MASJID MUHAMMAD 12/12/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($4.60) | $80.01 | 537418 | | 12/12/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($1.99) | $80.01 | 537419 | | 12/12/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($0.41) | $80.01 | 537481 | | 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.58) | $80.01 | 538217 | | 12/13/07 | |

**Individual Statement**
**From June 2007 to January 2008**

Date Printed: 1/9/2008     Page 8 of 8

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00104141 | HALL | SALIH | | | Beginning Month Balance: | $30.88 |
| Current Location: | W1 | | | | Ending Month Balance: | $46.64 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/8/2008 | ($33.37) | $0.00 | $0.00 | $46.64 | 539123 | | | |

Ending Month Balance: $46.64

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($4.30)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($24.63)