D.I. #_____

# CIVIL ACTION
# NUMBER: _____08CV27   SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | 2.15 |
| Total Postage & Fees | $ 9.40 |

Postmark Here
APR 8
RODNEY SQ.

Sent To: **WARDEN PERRY PHELPS**
Street, Apt. No.; or PO Box No. **DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
City, State, ZIP+4 **SMYRNA DE 19977**

PS Form 3800, August 2006   See Reverse for Instructions

7007 2680 0003 3005 6445