Scanned



FILED
APR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 08CV27-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WARDEN PERRY PHELPS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DE 19977**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ M. Merson          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M. Merson                    4/9/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0003 3005 6445

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540