**Salih (Cecil Hall/ Salih Hall)**  
**SBI # 104141**  
**Delaware Correctional Center**  
**1181 Paddock Road**  
**Smyrna, De 19977**

April 23, 2008

Clerk of Court  
United States District Court  
Federal Building  
844 King Street  
Wilmington, De 19801

**RE: Hall v. Phelps, et. Al., C.A.** No. 08-27-SLR

Dear Clerk:

    This letter comes to request that your office forward me Three (3) blank subpoena forms for me to complete and submit for the purpose of obtaining medical records to be filed in this case to support my claim.

    I appreciate your assistance in this important matter.

Sincerely,

Salih

Xc: file





WILMINGTON DE 197

28 APR 2008 PM 2 T

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington DE 19801

IM 1/4/1
SBI# 164141  UNIT  W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977