Salih (Cecil Hall/ Salih Hall)
SBI # 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

May 5, 2008

Clerk of Court
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

RE: Hall V. Phelps, et. Al., C.A. No. 08 - 27 - SLR



Dear Clerk:

Enclosed please find Three(3) subpoenas to be issued in the case to obtain medical records needed to support petitioner's claims.

Thank your for your assistance in have these processed.

Sincerely,

Salih Hall

Enclosure
    XC: Honorable Sue L. Robinson
        file