IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH (CECIL HALL), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Act. No. 08-27-SLR |
| ) | |
| PERRY PHELPS, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Supreme Court documents:

- *Hall v. State*, No. 649, 2006
    - Order, dated May 21, 2007
    - Appellant's opening brief and appendix, filed June 1, 2007
    - State's answering brief, filed July 16, 2007
    - Appellant's reply brief, filed July 30, 2007
    - Order, dated October 30, 2007
    - Appellant's motion for re-argument *en banc*, filed November 9, 2007
    - Order, dated November 15, 2007
    - Denial of cert. by United States Supreme Court, dated April 21, 2008

- *In re Hall*, No. 63, 2007
    - Petition for writ of certiorari, filed February 9, 2007
    - State's answer and motion to dismiss, filed March 1, 2007
    - Order, dated May 17, 2007

2

- *In re Hall*, No. 154, 2008
    - Petition for writ of mandamus, filed March 24, 2008
    - State's motion to dismiss, filed April 4, 2008
    - Voluntary dismissal and mandate, dated April 17, 2008

                                                          STATE OF DELAWARE
                                                          DEPARTMENT OF JUSTICE

                                                          /s/ Gregory E. Smith
                                                          Gregory E. Smith, I.D. No. 3869
                                                          Deputy Attorney General
                                                          820 North French Street, 7th Floor
                                                          Carvel State Building
                                                          Wilmington, Delaware  19801
Dated: May 20, 2008                              (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on May 20, 2008, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on May 20, 2008 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Cecil L. Hall, a.k.a. Salih
SBI No. 104141
1181 Paddock Road
Delaware Correctional Center
Smyrna, Delaware  19977

                    STATE OF DELAWARE
                    DEPARTMENT OF JUSTICE

                    /s/ Gregory E. Smith
                    Gregory E. Smith, ID # 3869
                    Deputy Attorney General
                    820 North French Street, 7th Floor
                    Carvel State Building
                    Wilmington, Delaware 19801
                    (302) 577-8398