IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIH HALL, aka CECIL HALL, </br></br>    Petitioner, </br></br>v. </br></br>PERRY PHELPS, </br>Warden, and ATTORNEY </br>GENERAL OF THE STATE </br>OF DELAWARE, </br></br>    Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. No. 08-27-SLR </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

At Wilmington this 19th day of August, 2008;

IT IS ORDERED that:

Petitioner Salih Hall's "motion for discovery pursuant to habeas corpus rule 6(A)" is **DENIED**. (D.I. 16) Petitioner requests the production of: (a) "the pre-sentence reports of all of petitioner's prior convictions relied upon to declare him a habitual offender; (b) all diagnostic evaluations generated by the Delaware Department of Correction when petitioner entered the Department's facilities; (c) the 1994 psychiatric report written by an expert from the University of Pennsylvania which formed the basis of suppression proceedings in the Superior Court. Petitioner also seeks to depose the "ranking professionals of the National Institute on Drug Abuse" regarding significant details of the current scientific and medical understanding of chemical dependency. Finally, petitioner renews his request for appointment of counsel. However, after reviewing the record provided, the court concludes that there is no "good cause" to

grant the motion at this time. See Rule 6(a)(b), 28 U.S.C. foll. § 2254; Deputy v. Taylor, 19 F.3d 1485, 1493 (3d Cir. 1994)(a petitioner establishes "good cause" by "point[ing] to specific evidence that might be discovered that would support a constitutional claim.").

/s/ Sue L. Robinson
UNITED STATES DISTRICT JUDGE